
# Service of Process Transmittal
05/12/2021
CT Log Number 539539246

| | |
|---|---|
| **TO:** | Kim Lundy Service Of Process<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | WALMART INC. (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Coleman Billie and David Coleman, Pltfs. vs. Walmart Inc. And Cintas Corporation No. 2, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request |
| **COURT/AGENCY:** | 27th Judicial District Court, Parish of St. Landry, LA<br>Case # C211686C |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 10/20/2020 - Wal Mart Store in Eunice, St. Landry Parish, Louisiana |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/12/2021 at 08:55 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Jonathan C. Vidrine<br>510 West Magnolia Street<br>Ville Platte, LA 70586<br>337-363-2772 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/12/2021, Expected Purge Date: 05/17/2021<br><br>Image SOP<br><br>Email Notification, Kim Lundy Service Of Process ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of 1 / DL

**EXHIBIT A**

## CITATION
## STATE OF LOUISIANA

| | |
|---|---|
| **BILLIE COLEMAN ETVIR** | **27th JUDICIAL DISTRICT COURT** |
| **VS** | **PARISH OF ST. LANDRY** |
| **WALMART INC ETAL** | **CIVIL NO. C-211686C** |

**TO THE DEFENDANT     WALMART INC. THROUGH ITS AGENT FOR SERVICE CT CORPORATION SYSTEM 3867 PLAZA TOWER DRIVE BATON ROUGE, LA 70816**

You are hereby summoned to comply with the demand contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this __6TH__ day of __MAY__, A. D. 2021.

Issued and delivered_____**May 7, 2021**_____

*Lacie Savage*
_____
Deputy Clerk of Court

**REQUESTED BY:     JONATHAN VIDRINE**

CIVIL SUIT NO: 21C1686C

| | |
|---|---|
| BILLIE COLEMAN AND DAVID COLEMAN | 27TH JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF ST. LANDRY |
| WALMART INC. AND CINTAS CORPORATION NO. 2 | STATE OF LOUISIANA |

### PETITION FOR DAMAGES

Now comes petitioner, **BILLIE COLEMAN AND DAVID COLEMAN**, competent major residents of Evangeline Parish, Louisiana, who with respect represent the following:

**1.**

Made defendant herein is **WALMART INC.**, a foreign corporation authorized to do and doing business in the State of Louisiana, which has appointed C. T. Corporation System as its agent for service of process and **CINTAS CORPORATION NO. 2,** a foreign corporation authorized to do and doing business in the State of Louisiana, which has appointed Corporation Service Company as its agent for service of process, who are all liable unto your petitioners, for the following reasons, to-wit:

**2.**

Defendants, **WALMART INC. and CINTAS CORPORATION NO. 2** are liable to petitioners for general and special damages, together with legal interest from the date of judicial demand and for all costs for these reasons.

**3.**

On or about October 20, 2020, **BILLIE COLEMAN and DAVID COLEMAN** were shopping at the Wal Mart Store in Eunice, St. Landry Parish, Louisiana. When they were done with their shopping and were exiting the store, Ms. Coleman suddenly and without warning tripped on two rugs that were stacked on top of each other causing her to fall to the floor striking various parts of her body with great force and causing her severe physical injury to her person. These mats, stacked on top of each other was a defect in the building which was unreasonable and a condition which made the building unreasonably risky to patrons/invitees. Plaintiff, BILLIE COLEMAN also struck her head on the glass door, causing a concussion and a traumatic brain injury and causing all panels to be opened.

05/06/21 12:14:01
St Landry Parish Clerk of Court

**4.**

As a result of the accident, petitioner, **BILLIE COLEMAN**, suffered severe personal damage including, but not limited to the following:

1) Past, present and future medical expenses;

2) Past, present and future pain and suffering;

3) Injuries to her neck, back, TBI, knees, head, chin, right eye, right elbow and nose;

4) Loss of enjoyment of life;

5) Scarring about her face, arms and hands;

6) Post-traumatic stress syndrome; and

7) Psychological injuries and/or brain injury.

**5.**

The accident complained of herein was caused solely and proximately by the negligence of defendant, **WALMART INC.**, which negligence includes but is not limited to:

1) In failing to properly place the two door carpet squares and in not adequately inspecting the accident area;

2) In failing to properly and promptly consult Cintas for the right way to overlay carpet mats, if any;

3) Failure to warn patrons of the dangerous condition;

4) Failure to properly inspect and survey the entrance and exits; and

5) Allowing Wal Mart, Inc. to place these mats instead of Cintas, and in not removing the carpet squares completely when they were improperly laid.

**6.**

The accident complained of herein was caused solely and proximately by the negligence of defendant, **CINTAS CORPORATION NO. 2,** which negligence includes but is not limited to:

1) In failing to properly train Wal Mart employees in placing the mats;

2) In failing to place the mats themselves and failing to inspect old, torn and dangerous mats and remove these old and defective mats;

3) Failure to provide mats that do not lay flat and/or with defective edges; and

4) Failure to provide warning signs, cones, or inspections of these mats on top of each other.

**7.**

Plaintiff, **DAVID COLEMAN** suffered loss of consortium, services, society and wages as a result of injuries to his wife.

**WHEREFORE,** petitioners pray that:

1. Defendants be duly served with a copy of this petition and duly cited to answer same;

2. That after all demand have run and all proceedings are had, there be judgment in favor of petitioners and against defendants granting all damages of these proceedings; and

3. For all just and equitable relief in the premises.

**RESPECTFULLY SUBMITTED:**

*/s/ Jonathan C. Vidrine*

JONATHAN C. VIDRINE (#19197)
510 WEST MAGNOLIA STREET
VILLE PLATTE, LA 70586
Ph. (337) 363-2772
Fax (337) 363-2798

**PLEASE SERVE:**

**WALMART INC.**
Through its agent for service
C. T. Corporation System
3867 PLAZA TOWER DR.
Baton Rouge, LA 70816


**CINTAS CORPORATION NO. 2**
Through its agent for service
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

---

St. Landry Parish Clerk of Court's Office
Filed  5·6  20 21
*Louie Savage*
Dy. Clerk

OPELOUSAS, LOUISIANA  5·7 ,20 21
This is to certify that the above is a true and correct copy of the original on file in the office of the Clerk of Court of St. Landry Parish.
*Louie Savage*
Deputy Clerk of Court